DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATHANIEL STEPHENS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1570

[January 18, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventh Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 05-16675 CF10A.

Nathaniel Stephens, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***